UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALLEN YEP,

    Appellant,

  v.

JAN P. JOHNSON,

    Appellee.

Case No. 2:18-cv-02716-KJM

ORDER

On October 4, 2018, debtor Wallen Yep filed a notice of bankruptcy appeal, electing to have the appeal heard by the United States District Court rather than the Bankruptcy Appellate Panel. ECF No. 1. Yep attached the bankruptcy court's order from which he appealed, which granted the trustee's motion to dismiss, *id.* at 6−7, as well as an excerpt of the bankruptcy docket identifying the four most recently filed documents in that case, *id.* at 8.

On October 9, 2018, the clerk of court issued an opening letter, notifying the parties that Yep's appeal had been received and "the parties' next step in prosecuting this appeal is compliance with [Federal Rule of Bankruptcy Procedure] 8006 and 8007," which "require the appellant to file within 14 days a designation of record, statement of issues on appeal and a notice regarding ordering of transcripts **with the bankruptcy court**." ECF No. 2 at 1 (original emphasis). The letter advised that the clerk of the bankruptcy court would send a certificate of record to the clerk of the district court when the record is complete. *Id.* at 2.

/////

1

On November 6, 2018, the clerk of the bankruptcy court filed a notice of incomplete or delayed record to the district court, stating the designation of record, statement of issues, reporter's transcript, and notice regarding the transcript had not been filed, nor had the filing fee been paid. ECF No. 3.

Yep appears to have failed to comply with Rule of Bankruptcy Procedure 8009, as he has not filed designations of record and statements of the issues. Yep has also failed to perfect the record on appeal pursuant to Rule of Bankruptcy Procedure 8006.

As nearly a year has passed since Yep filed his notice of appeal, the court ORDERS Yep to show cause why this case should not be dismissed for failure to prosecute and failure to comply with the Federal Rules of Bankruptcy Procedure. Yep has 21 days to file a response to this order. Yep's failure to respond to this order will result in dismissal of this appeal.

IT IS SO ORDERED.

DATED: September 24, 2019.

_____
UNITED STATES DISTRICT JUDGE