# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLEN YEP, | No. 2:18-cv-02716-KJM |
| Appellant, | |
| v. | ORDER |
| JAN P. JOHNSON, | |
| Appellee. | |

On September 25, 2019, the court issued an order to show cause why debtor-appellant Wallen Yep's bankruptcy appeal should not be dismissed for failure to prosecute and failure to comply with the Federal Rules of Bankruptcy Procedure. *See* Order to Show Cause, ECF No. 4. The order stated Yep had 21 days to file a response, and that his failure to respond to the order would result in dismissal of his appeal.

The clerk of court served the order on Yep's address on file with the court and it was returned as undeliverable on October 7, 2019. It is Yep's duty to keep the court advised as to his current mailing address. E.D. Cal. L.R. 183(b). The sixty-three days allowed under Local Rule 183(b) have now elapsed. Accordingly, the court now DISMISSES debtor-appellant's action without prejudice for failure to prosecute.

IT IS SO ORDERED

DATED: February 11, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE